UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO MACAYAN, et al., | No. 2:15-cv-1119 TLN CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| RUSHMORE LOAN MANAGEMENT SERVICES, et al., | |
| Defendants. | |

Defendants' motion to dismiss was granted and judgment entered in favor of defendants on September 14, 2015. ECF Nos. 18, 19. The same day, plaintiff Priscilla Macayan filed a notice of lis pendens. Under the provisions of the California Code of Civil Procedure 405 et seq.,[1] the notice is properly subject to expungement because judgment has been entered for defendants. See Cal. Code Civ. Proc. §405.32 (court shall order notice be expunged if claimant has not established by preponderance of the evidence the probable validity of the real property claim). Moreover, plaintiff, proceeding pro se, did not obtain permission of the court to approve a notice of pendency of the action. See Cal. Code Civ. Proc. § 405.21.

---

[1] The title applies to action pending in any United States District Court. Cal. Code Civ. Proc. § 405.5.

1

Accordingly, IT IS HEREBY ORDERED that the notice of lis pendens (ECF No. 22) is stricken from the record and expunged.

Dated:  September 15, 2015

_CAROLYN K. DELANEY_
UNITED STATES MAGISTRATE JUDGE

4 macayan1119.lispend